**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7609**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

LYNDELL THOMAS, a/k/a X-Man,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (3:93-cr-00058-BR-3)

Submitted:  May 19, 2011                    Decided:  May 23, 2011

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lyndell Thomas, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lyndell Thomas appeals the district court's order denying his motions to dismiss the indictment and for production of documents. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Thomas</u>, No. 3:93-cr-00058-BR-3 (E.D.N.C. Oct. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>